SINO LEGEND (ZHANGJIAGANG) CHEMICAL CO., LTD., Sino Legend Holding Group, Inc., Sino Legend Holding Group Ltd., Precision Measurement International LLC, Red Avenue Chemical Co., Ltd., Shanghai Lunsai International Trading Company, Red Avenue Group Limited, Sino Legend Holding Group Inc. of Marshall Islands, Appellants

v.

INTERNATIONAL TRADE COMMISSION,
Appellee.

SI Group, Inc., Intervenor.

No. 2014–1478.

United States Court of Appeals,
Federal Circuit.

Dec. 11, 2015.

Andrew John Pincus, Mayer Brown LLP, Washington, DC, argued for appellants. Also represented by Gary Hnath, Paul Whitfield Hughes.

Sidney A. Rosenzweig, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by Amanda Pitcher Fisherow, Clark S. Cheney, Wayne W. Herrington, Dominic L. Bianchi.

Lawrence Kass, Milbank, Tweed, Hadley & McCloy, LLP, New York, N.Y., argued for intervenor. Also represented by Nathaniel T. Browand, Christopher Edward Chalsen, Jacob K. Jou, Jordan P. Markham.

REYNA, MAYER, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. _See_ Fed. Cir. R. 36.**